UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILTON EVANS,                                          Case No. 4:06-CV-151

       Petitioner,                                    Hon. Richard Alan Enslen

v.

BLAINE LAFLER, *et al.*,
                                               **ORDER**

       Respondents.        /

       This matter is before the Court on Plaintiff Hilton Evans' Motion for Reconsideration of the Court's April 5, 2007 Final Order denying his petition for Writ of Habeas Corpus. Under Rule 7.4(a), Petitioner must demonstrate that the Court's Order suffers from a palpable defect, and must "also show that a different disposition of the case must result from a correction thereof." W.D. MICH. LCIVR 7.4(a).

       In his Motion, Petitioner has failed to clarify any of the allegations in his previous Complaint, nor has he alleged any new or coherent facts that would, if proven, entitle him to relief under any theory. Since Petitioner has not shown there was a palpable defect or that a different disposition of the case must result, his Motion for Reconsideration is denied. Therefore,

       **IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration (Dkt. No. 14) is **DENIED**.

                                            /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:         RICHARD ALAN ENSLEN
     May 14, 2007                SENIOR UNITED STATES DISTRICT JUDGE